UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TRUCENT RENEWABLE CHEMICALS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| COVALENT CHEMICAL, LLC, | ) | 5:23-CV-596-BO-BM |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on plaintiff's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Defendant has failed to respond, and the time for doing so has expired. In this posture, the motion is ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment [DE 19] is GRANTED IN PART and DENIED IN PART. Plaintiff is entitled to summary judgment in its favor on its first and second claims for relief. Plaintiff is awarded $166,350 in damages plus post-judgment pursuant to 28 U.S.C. § 1961. Plaintiff's third claim for relief is precluded as a matter of law in light of the foregoing. Plaintiff is further entitled to summary judgment in its favor on defendant's counterclaims.

This case is closed.

**This judgment filed and entered on May 5, 2025, and served on:**
Justin Bagdady (via CM/ECF Notice of Electronic Filing)
D.J. O'Brien (via CM/ECF Notice of Electronic Filing)
Michael Strickland (via CM/ECF Notice of Electronic Filing)

                                                                PETER A. MOORE, JR., CLERK

May 5, 2025

                                                          /s/ Lindsay Stouch
                                                          By: Deputy Clerk